NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**K-TEC, INC.,**
*Plaintiff-Appellee,*

v.

**VITA-MIX CORPORATION,**
*Defendant-Appellant.*

---

2011-1244, -1484, -1512

---

Appeals from the United States District Court for the District of Utah in case no. 06-CV-0108, Judge Tena Campbell.

------------------------------------------------------------

---

**VITA-MIX CORPORATION,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**K-TEC, INC.,**
*Appellee.*

2012-1024
(Reexamination No. 95/000,339)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

Vita-Mix Corporation moves for leave to treat the above-captioned cases as companion cases for purposes of oral argument. K-Tec, Inc. moves for an extension of time in 2012-1024, until December 27, 2011 for Vita-Mix Corporation to file its opening brief and for an extension of time, until February 22, 2012, for David J. Kappos and K-Tec, Inc. to file their responsive briefs.

Accordingly,

IT IS ORDERED THAT:

(1) The motions are granted to the following extent: the cases will be treated as companion cases, the appellant's opening brief in 2012-1024 is due December 27, 2011, and the responsive briefs of Kappos and K-Tec in 2012-1024 are due February 22, 2012. Further extensions should not be anticipated.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear this case.

(3) The revised official caption in 2012-1024 is reflected above.

FOR THE COURT

__DEC 1 5 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alan L. Briggs, Esq.
    Brett L. Foster, Esq.
    L. Grant Foster, Esq.
    Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 1 5 2011**

**JAN HORBALY**
**CLERK**